DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TERRELL GIBSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1037

[ July 13, 2017 ]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard Bober, Judge; L.T. Case No. 03-18910-CF-10B.

Terrell Gibson, Punta Gorda, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***